# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD DENNIS FERLINGERE,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY R. GATZ,<br><br>    Defendant. | 3:15-cv-00558-RCJ-WGC<br><br>**ORDER** |

    Plaintiff Ronald Dennis Ferlingere has sued Defendant Timothy R. Gatz, in his official capacity as Postmaster for the United States Postal Service in Fernely, Nevada, for one count of trespass and two counts of trespass on the case. Plaintiff's claims arose after Defendant informed Plaintiff he would return Plaintiff's mail if he failed to include a zip code on his mail. (Compl. ¶ 16, ECF No. 1-1, at 4). Plaintiff alleges that Defendant's insistence that Plaintiff use a zip code is wrongful and interferes with his ability to conduct his business. (*Id.* ¶¶ 1–20).

    On January 14, 2016, Defendant filed a Motion to Dismiss (ECF No. 19) based on the following grounds: (1) insufficient service of process; (2) lack of subject matter jurisdiction; and (3) failure to state a claim. Plaintiff has failed to respond to the motion. Pursuant to LR 7–2(d), Plaintiff's failure to respond constitutes his consent to granting the motion. In addition, the Court finds the merits of Defendant's arguments to be valid. The Court grants the motion to dismiss.

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 19) is GRANTED.

IT IS SO ORDERED.

DATED: This 10th day of March, 2016.

_____
ROBERT C. JONES
United States District Judge